PROB 12C
(6/16)

Report Date: March 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando Magana-Echeverria          Case Number: 0980 4:21CR06023-SAB-1

Address of Offender: ███████████████ Kennewick, Washington 99337

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 10, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 449 days;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 10, 2022 |
| Defense Attorney: | Casey Arbenz | Date Supervision Expires: | August 9, 2025 |

## PETITIONING THE COURT

To issue a summons.

On August 18, 2022, conditions of supervised release were reviewed with Mr. Magana-Echeverria. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  Mr. Magana-Echeverria is considered to be in violation of his conditions of supervised release by being charged in Pasco Municipal Court, with two separate counts of simple assault and one count of destruction or removal of property, on or about August 6, 2023.

On February 26, 2024, the undersigned officer conducted a records check on Mr. Magana-Echeverria on the Judicial Access Browser System and discovered charges had been filed on Mr. Magana-Echeverria for two separate counts of simple assault and one count of destruction or removal of property, Pasco Municipal Court, case number 3A0447103, which occurred on or about August 6, 2023.

According to the Pasco Police Department reports, on August 6, 2023, Pasco police responded at approximately 22:18 hours for an assault investigation that had occurred at 6405 Chapel Hill Blvd, Apartment J101, in Pasco, Washington. The reporting party, T.L.C., stated she had gotten into an argument with two tenants of the apartment complex regarding parking spots. The two tenants were later identified by Pasco police as Fernando Magana-Echeverria and his fiancée, F.V.L.

Prob12C
**Re: Magana-Echeverria, Fernando**
**March 1, 2024**
**Page 2**

T.L.C. reported Mr. Magana-Echeverria "sucker punched" her, threw her to the ground, and continued to punch her. T.L.C.'s daughter, G.I.S., attempted to separate Mr. Magana-Echeverria and T.L.C. During the process. Mr. Magana-Echeverria pulled on G.I.S.'s purse, which was slung around her neck, tearing the strap. Mr. Magana-Echeverria and his fiancée, F.V.L., left the scene before the police arrived.

On August 7, 2023, charges were formally filed on Mr. Magana-Echeverria for two separate counts of simple assault and one count of destruction or removal of property, Pasco Municipal Court, case number 3A0447103.

On February 29, 2024, Mr. Magana-Echeverria made telephone contact with the undersigned officer. When Mr. Magana-Echeverria was asked why he never informed the United States Probation Office of his pending charges from August 6, 2023, Mr. Magana-Echeverria stated, "I did I have proof I told Dan about it I ain't worried about it." Mr. Magana-Echeverria provided the undersigned officer with proof he notified the U.S. Probation Office about a summons mailed to him on August 18, 2023, regarding the pending charges from August 6, 2023. He further stated "I am sure they have the wrong Fernando Magana."

According to court records, Mr. Magana-Echeverria appeared fo his arraignment on August 22, 2023, where probable cause was found on Mr. Magana-Echeverria. Mr. Magana-Echeverria never informed the U.S. Probation Office with an update that probable cause has been found and he would be having court dates on these pending charges with Pasco Municipal Court.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | March 1, 2024 |
|---|---|
| | s/Jose Valencia |
| | Jose Valencia<br>U.S. Probation Officer |

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

3/4/2024
Date